# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| AIMEE OLTHOFF, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-03062-MWB |
| | ) | |
| v. | ) | Judge Bennett |
| | ) | |
| ABENDROTH AND RUSSELL, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** December 30, 2011

| For Plaintiff, Aimee Olthoff | For Defendant, Abendroth And Russell, P.C. |
|---|---|
| /s David J. Steen | /s with consent Michael C. Richards |
| LARRY P. SMITH & ASSOCIATES, LTD. | Davis, Brown, Koehn, Shors & Roberts |
| 614 East Street | The Davis Brown Tower |
| Hartford, IA 50118 | 215 10th Street, Suite 1300 |
| Direct Dial: (515) 724-3384 | Des Moines IA 50309 |
| Facsimile: (888) 418-1277 | Telephone: 515-246-7986 |
| E-Mail: dsteen@smithlaw.us | Facsimile: 515-243-0654 |
| | E-mail: mikerichards@davisbrownlaw.com |

1